UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:11CR41

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VICTOR BABAOFF, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Motion to Correct the Description of Previously Forfeited Vehicle [Doc. 19], filed March 28, 2013.

For the reasons stated in the government's motion, and no response being necessary, **IT IS, THEREFORE, ORDERED** that the government's Motion to Correct the Description of Previously Forfeited Vehicle is **GRANTED**, and the description of the vehicle listed in the Consent Order and Judgment of Forfeiture [Doc. 12] is hereby corrected to the following:

2000 Bavarian Motor Works (BMW) 528i, VIN WBADM634XYGU17343

**IT IS SO ORDERED.**

Signed: April 3, 2013

Max O. Cogburn Jr.
United States District Judge

1